**Order issued July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-15-00094-CR
_____

### JOHN CHARLES WATSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Chief Justice Wright and Justices Myers and Evans

Based on the Court's opinion of this date, we **GRANT** the March 27, 2015 motion of Sharita Blacknall for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Sharita Blacknall as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to John Charles Watson, 1335 Winding Trail, Duncanville, Texas, 75116.

/Carolyn Wright/
_____
CAROLYN WRIGHT
CHIEF JUSTICE